# United States Bankruptcy Court
For The
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | DIEGO O. GALLEGO<br>DORLYNN E. GALLEGO | DATE<br>01/19/2013 | CASE No. 11-06722-MM13<br>SS #1 XXX-XX-2712<br>SS #2 XXX-XX-2537 |
|---|---|---|---|

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | PAY % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | MIDLAND CREDIT MANAGEMENT INC / 8875 AERO DRIVE #200<br>SAN DIEGO, CA 92123 | 11,322.48 | 2.3119% | Unsecured |
| 002 | NATIONSTAR MORTGAGE LLC / 350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067-4177 | DirectPay | | Secured<br>333,346.19 |
| 003 | MIDLAND CREDIT MANAGEMENT INC / 8875 AERO DRIVE #200<br>SAN DIEGO, CA 92123 | 170.98 | 2.3119% | Unsecured |
| 004 | EVERGREEN PHARMACEUTICAL OF CALIF / DBA OMNICARE OF SAN<br>1600 E RIVERCENTER BLVD / COVINGTON, KY 41011 | 50.00 | 2.3119% | Unsecured |
| 005 | PALOMAR POMERADO HEALTH / 15255 INNOVATION DR STE 150<br>SAN DIEGO, CA 92128 | 250.00 | 2.3119% | Unsecured |
| 006 | SUNTRUST MORTGAGE INC / PO BOX 27767 MB RVW3034<br>RICHMOND, VA 23261-7767 | 74,825.75 | 2.3119% | Unsecured |
| 007 | NAME/CASE # DO NOT MATCH / OR WRONG CASE<br>SAN DIEGO, CA 92101 | None | 0.0000% | Unsecured |
| 008 | SUPERMEDIA / 5601 EXECUTIVE DRIVE<br>IRVING, TX 75038 | 2,332.85 | 2.3119% | Unsecured |
| 009 | CAPITAL ONE NA / C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933 / DALLAS, TX 75374 | 629.69 | 2.3119% | Unsecured |
| 010 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914<br>NORFOLK, VA 23541 | 2,841.00 | 2.3119% | Unsecured |
| 011 | INTERNAL REVENUE SERVICE^ / PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | None | | Priority<br>900.00 |
| 011 | INTERNAL REVENUE SERVICE^ / PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | None | | Unsecured |
| 012 | RESURGENT CAPITAL SERVICES / PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 1,042.05 | 2.3119% | Unsecured |
| 013 | EAST BAY FUNDING LLC / C/0 RESURGENT CAPITAL SERVICES<br>PO BOX 288 / GREENVILLE, SC 29603 | 11,439.00 | 2.3119% | Unsecured |
| 014 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914<br>NORFOLK, VA 23541 | 1,508.40 | 2.3119% | Unsecured |
| 015 | CALIFORNIA COAST CREDIT UNION / PO BOX 502080<br>SAN DIEGO, CA 92150-2080 | 14,000.00<br>5.0000% | 100.0000% | Secured |
| 015 | CALIFORNIA COAST CREDIT UNION / PO BOX 502080<br>SAN DIEGO, CA 92150-2080 | 12,480.20 | 2.3119% | Unsecured |
| 016 | MIDLAND FUNDING LLC / BY AMERICAN INFOSOURCE LP<br>PO BOX 4457 / HOUSTON, TX 77210-4457 | 4,250.56 | 2.3119% | Unsecured |

# United States Bankruptcy Court
For The
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | | DATE | CASE No. 11-06722-MM13 |
|---|---|---|---|
| DIEGO O. GALLEGO | | 01/19/2013 | SS #1 XXX-XX-2712 |
| DORLYNN E. GALLEGO | | | SS #2 XXX-XX-2537 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | PAY % | CLASSIFICATION |
|---|---|---|---|---|
| 017 | MIDLAND FUNDING LLC / BY AMERICAN INFOSOURCE LP<br>PO BOX 4457 / HOUSTON, TX 77210-4457 | 8,063.96 | 2.3119% | Unsecured |
| 018 | SMH ENCINITAS / 10150 SORRENTO VALLEY RD #200<br>SAN DIEGO, CA 92121-1697 | 211.00 | 2.3119% | Unsecured |
| 019 | US BANK NA / PO BOX 5229<br>CINCINNATI, OH 45201 | None<br>5,934.55 | | Unsecured |
| 020 | US BANK NA / PO BOX 5229<br>CINCINNATI, OH 45201 | 5,934.55 | 2.3119% | Unsecured |
| 021 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914<br>NORFOLK, VA 23541 | 482.61 | 2.3119% | Unsecured |
| 022 | PALOMAR POMERADO HEALTH / 15255 INNOVATION DR STE 150<br>SAN DIEGO, CA 92128 | 35.00 | 2.3119% | Unsecured |
| 023 | PALOMAR POMERADO HEALTH / 15255 INNOVATION DR STE 150<br>SAN DIEGO, CA 92128 | 250.00 | 2.3119% | Unsecured |
| 025 | 95 FREEDOM FINANCIAL / 8612 COLLECTION CNTR DR<br>CHICAGO, IL 60693 | 8,500.00 | 100.0000% | Secured |
| 025 | 95 FREEDOM FINANCIAL / 8612 COLLECTION CNTR DR<br>CHICAGO, IL 60693 | 4,650.00 | 2.3119% | Unsecured |
| 799 | ~PRO PER / DEBTOR ACTING AS OWN ATTORNEY<br>SAN DIEGO, CA 92101 | None | 100.0000% | Attorney |
| | Total | 165,270.08 | ******* | |

ASHLEY G. ABANO #188307  0.00   Debtor's Attorney
225 BROADWAY, 21ST FL
SAN DIEGO, CA 92101

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within thirty (30) days of this notice.

/s/David L. Skelton
David L. Skelton
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101